IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MORRELL WILLIAMS,　　　　　　＊
　　　　　　　　　　　　　　　＊
　　　　　Plaintiff,　　　　　＊
vs.　　　　　　　　　　　　　＊　　No. 4:19-cv-00357-SWW
　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　＊
JASMINE SCOTT,　　　　　　　＊
　　　　　　　　　　　　　　　＊
　　　　　Defendant.　　　　　＊

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 20th day of May 2019.

　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　UNITED STATES DISTRICT JUDGE